UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| RASHID SAHITO, individually and on behalf of all others similarly situated,<br><br>                                Plaintiffs,<br><br>         v.<br><br>DOORDASH, INC.,<br><br>                                Defendant. | **ORDER**<br><br>Civ. No. 18-08451-WHW-CLW |

**Walls, Senior District Judge**

It has been reported to the Court that the above-captioned action has been settled;

It is on this 21st day of August, 2018,

**ORDERED** that this action be and is hereby dismissed as to all litigants, without costs and without prejudice to the right, upon good cause shown **within an additional 60 days**, to reopen this action if the settlement has not been consummated. The Court shall retain jurisdiction to enforce any settlement agreement.

                                                          WILLIAM H. WALLS
                                                          Senior United States District Judge